UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-cr-60019-RS

(11th Circuit Court of Appeals
Case no. 22-22-13327-HH)

**UNITED STATES OF AMERICA,**
   **Plaintiff,**
v.

**JEFFREY ALAN HORN,**
   **Defendant/Appellant.**
_____/

## NOTICE OF FILING

NOW COMES Attorney Michael Hursey, Appellate Counsel for Defendant /Appellant Horn, and states :

1. On or about the 29th day of September, 2023, the Southern District of Florida Clerk of Court ("Clerk") filed a request for the undersigned, as appellate counsel for Defendant/Appellant Horn, pursuant to Local Rule 5.3(b)(3) and Admin. Order 2016-70, to provide the Clerk with all trial exhibits admitted into evidence which will be transmitted to the U.S. Court of Appeals along with the record on appeal [DE 240]. This filing is to be accomplished within 10 days, making it due on or before October 9.

1

2. The instant filing timely complies with the Clerk's above request. Specifically, Horn's defense exhibit list [DE 141] and digital copies of the following Horn trial exhibits admitted into evidence are attached:

- Horn Defense Exhibit **C**
- Horn Defense Exhibit **D**
- Horn Defense Exhibit **E**
- Horn Defense Exhibit **F**
- Horn Defense Exhibit **G**
- Horn Defense Exhibit **H**
- Horn Defense Exhibit **I**
- Horn Defense Exhibit **K**
- Horn Defense Exhibit **L**
- Horn Defense Exhibit **M**
- Horn Defense Exhibit **Q**

WHEREFORE, the undersigned prays this Court will accept this *Notice of Filing* as satisfying the Clerk's request for Horn trial exhibits.

Respectfully submitted,

s/Michael Hursey_____
MICHAEL HURSEY, P.A.
Florida Bar No. 457698
Attorney for Defendant/Appellant Horn
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Phone: (954) 252-7458   Fax: (754) 551-6574
Email: mhpalaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing was efiled via CM/ECF this 4th day of October, 2022.

s/Michael Hursey
Michael Hursey, P.A.
